USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/01/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

Carlos Ruiz Florez
Plaintiff,
v.

Harran Holding Corp. and
62 West Ninth Restaurant LLC
Defendants.

**1:25-cv-06521 (GHW)**

**NOTICE OF VOLUNTARY DISMISSAL AGAINST ALL DEENDANTS**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Dated: New York, New York

December 1, 2025

/s/ Jennifer E. Tucek
Law Office of Jennifer E. Tucek, PC
Bar No. JT2817
641 Lexington Avenue, 15th Floor
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for the Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 1, 2025
New York, New York

GREGORY H. WOODS
United States District Judge